**Motion Granted; Dismissed and Memorandum Opinion filed February 20, 2014.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-13-00916-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**DARRYL HENDERSON, Appellee**

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 12CR1467**

## M E M O R A N D U M     O P I N I O N

The State filed a motion to dismiss its appeal from an order signed October 2, 2013, granting a motion to suppress. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant the State's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.

Do Not Publish — Tex. R. App. P. 47.2(b).